# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peanuts Worldwide LLC

                                          Plaintiff,

v.                                               Case No.: 1:21−cv−01099

                                               Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 12, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:No objection or response having been received by Defendant TzKJ, the plaintiff's motion to stay Defendant TzKJ's motion to vacate the default judgement order [69] is granted and limited jurisdictional discovery is authorized. The plaintiff is permitted leave to issue proposed interrogatories [72]. Interrogatories are to be issued no later than 10/18/2021; answers are due no later than 12/17/2021. A status report regarding limited discovery is due from the plaintiff by 01/05/2022. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.