IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YENS BAGS STORE, et al.,<br><br>    Defendants. | Case No. 21-cv-01099<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

### DECLARATION OF ISAKU M. BEGERT

I, Isaku M. Begert, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Peanuts Worldwide LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Plaintiff served its First Set of Interrogatories ("Interrogatories") and First Set of Requests for Production ("RFPs") (collectively, "Plaintiff's Discovery Requests") on defendant TzKJ ("Defendant") on October 14, 2021.

3. While Defendant did respond, it failed to provide substantive answers or produce <u>a single document</u>.

4. On November 30, 2021, Plaintiff sent an email to Defendant advising Defendant that the deadline (under the Federal Rules of Civil Procedure) to respond to Plaintiff's Discovery Requests had elapsed and requesting a Local Rule 37.2 meet-and-confer conference. Defendant failed to provide its availability for a Local Rule 37.2 meet-and-confer conference.

5. Plaintiff sent a second request for a Local Rule 37.2 meet-and-confer conference on December 20, 2021.

6. On December 22, 2021, Plaintiff and Defendant met and conferred per Local Rule 37.2 regarding Defendant's lack of production and expired deadlines.

7. Defendant promised that it would produce the requested documents by Friday, December 24, 2021. Defendant has not produced any documents despite being served with Plaintiff's Discovery Requests 79 days ago.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this the 3rd day of January 2022 at Chicago, Illinois.

/s/ Isaku M. Begert
Isaku M. Begert
*Counsel for Plaintiff Peanuts Worldwide LLC*