# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peanuts Worldwide LLC

                                                 Plaintiff,

v.                                                                 Case No.: 1:21−cv−01099

                                                                 Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for sanctions [78] is taken under advisement. The defendant's response is due by 01/12/2022; the plaintiff's reply is due by 01/19/2022. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.