**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEANUTS WORLDWIDE LLC, | Case No. 21-cv-01099 |
| Plaintiff, | **Judge John J. Tharp, Jr.** |
| v. | **Magistrate Judge Gabriel A. Fuentes** |
| YENS BAGS STORE, et al., | |
| Defendants. | |

## STATUS REPORT

Pursuant to the Court's Order [73], Plaintiff Peanuts Worldwide LLC ("Plaintiff"), by its counsel, submits the following status report regarding jurisdictional discovery.

On October 14, 2021, Plaintiff served its First Set of Interrogatories and First Set of Requests for Production on defendant TzKJ ("Defendant"). Defendant's responses were due on December 17, 2021. [73]. On December 17, Defendant served responses, but failed to produce any documents or provide substantive answers. A meet-and-confer conference was held on December 22, 202. Defendant still failed to produce the requested information. On January 3, 2022, Plaintiff filed its Motion for Sanctions Pursuant to Rule 37 [78].

Defendant did produce some documents after Plaintiff filed its Motion for Sanctions [78]. However, Defendant has still not produced any sales records, receipts, or other documents or responses showing its U.S. sales outside of the purchase made by Plaintiff. Plaintiff and Defendant held another meet-and-confer conference on January 5, 2022.  Defendant was unable to indicate whether the U.S. sales records would be provided or a timeline for when, if ever, they would be provided. More than eighty (80) days have passed since Plaintiff served its discovery

requests on Defendant. Defendant's Response to Plaintiff's Motion for Sanctions Pursuant to Rule 37 [78] is due on January 12, 2022. *See* [79].

Dated this 5th day of January 2022.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*