# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peanuts Worldwide LLC

                        Plaintiff,

v.

Case No.: 1:21−cv−01099

Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:No objection or response having been received from Defendant TzKJ, the plaintiff's motion for sanctions [78] is granted. Defendant TzKJ's motion to vacate the default judgement order [68] is denied. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.